FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 FEB -7 AM 9:24

CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JARCARRI CHAMBERS, | * |
| Petitioner, | * CIVIL ACTION NO.: 2:18-cv-24 |
| v. | * |
| DEPUTY WARDEN DON BLAKELY, | * |
| Respondent. | * |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 19. Petitioner Jarcarri Chambers ("Chambers") did not file objections to this Report and Recommendation, and the time for filing objections has expired. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Chambers' Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court also **DENIES** Chambers *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ⁷ day of February, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)